NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARL G. STAMM, JR., DOC #230783,          )
                                          )
            Appellant,                    )
                                          )
v.                                        )          Case No.  2D18-806
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____  )

Opinion filed October 19, 2018.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Carl G. Stamm, Jr.

PER CURIAM.

            Affirmed.

KELLY and SALARIO, JJ., and CASE, JAMES, R., ASSOCIATE SENIOR JUDGE,
Concur.